**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

RYAN BIRMINGHAM, *et al.*

                Plaintiffs,

                                                  Case No. 21-CV-23472-RNS

v.

ROFX.NET, *et al.*,

                Defendants.

_____ /

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE* AS TO DEFENDANT STANISLAV KHOMENKO

      Plaintiffs, RYAN BIRMINGHAM, *et al.*, and Defendant, STANISLAV KHOMENKO, (collectively, the "Parties") by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all of Plaintiffs' claims in the action as to Defendant Stanislav "Stan" Khomenko with prejudice. As a result, the Parties agree that Defendant Stan Khomenko's Counterclaim, [ECF No. 30], shall be dismissed with prejudice, and Defendant's Rule 11 Motion for Sanctions, [ECF No. 31], shall be denied as moot. Each party is to bear their own attorneys' fees and costs, except as otherwise specified in the agreement between the parties (the "Agreement").

      The Parties agree that the Court shall retain jurisdiction to enforce the terms of the Agreement. All Parties consent to the form and content of this Stipulation and the Proposed Order.

Dated: November 5, 2021

**Respectfully Submitted,**

By:_____

Jose A. Casal
Jose.Casal@hklaw.com
Florida Bar No. 767522
Sydney B. Alexander
Florida Bar No. 1019569
Sydney.Alexander@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

Warren E. Gluck (pro hac vice)
New York Bar No. 4701421
Warren.Gluck@hklaw.com
Matthew R. DiBlasi (pro hac vice)
New York Bar No. 4237475
Matthew.DiBlasi@hklaw.com
Ruarri M. Rogan (pro hac vice)
New York Bar No. 5800107
Ruarri.Rogan@hklaw.com
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Counsel for Plaintiff

By:_____

Stan Khomenko
10124 Wading Pool Path
Austin, TX 78478-2343
*Pro Se Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RYAN BIRMINGHAM, *et al.*

                Plaintiffs,

                                            Case No. 21-CV-23472-RNS

v.

ROFX.NET, *et al.*,

                Defendants.

_____/

## [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANT STANISLAV KHOMENKO AND HIS COUNTERCLAIM AND DENYING RULE 11 MOTION FOR SANCTIONS AS MOOT

**THIS CAUSE** came before the Court on the Plaintiffs, RYAN BIRMINGHAM, *et al.*, and Defendant STANISLAV KHOMENKO's Joint Stipulation of Dismissal with prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

    1.    The above-styled action, as to Defendant Stanislav Khomenko only, is **DISMISSED WITH PREJUDICE**;

    2.    Defendant Stanislav Khomenko's Counterclaim, filed on October 27, 2021 [ECF No. 30], is **DISMISSED WITH PREJUDICE**;

    3.    Defendant Stanislav Khomenko's Rule 11 Motion for Sanctions, [ECF No. 31], is **DENIED AS MOOT**;

    4.    The Court shall retain jurisdiction solely to enforce the Agreement entered into between the Parties; and

    5.    Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida this \_\_\_\_\_ day of _____ 2021.

_____
UNITED STATES DISTRICT JUDGE
ROBERT N. SCOLA, JR.

Copies furnished to:
Stan Khomenko (*Pro Se Defendant*)