for the
Southern District of Florida

| | |
|---|---|
| Ryan Birmingham and others,  )  <br> Plaintiffs,  ) <br> )  Civil Action No. 21-23472-Civ-Scola <br> v.  ) <br> )  <br> ROFX.net and others, Defendants.  ) | |

### Order of Dismissal

The Plaintiff Ryan Birmingham and Defendant Stanislav Khomenko have dismissed their claims with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal with Prejudice, ECF No. 37.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **deny as moot** Mr. Khomenko's counterclaim **(ECF No. 30)** and motion for Rule 11 sanctions **(ECF No. 31)**.

This case shall remain **open** because the Plaintiff has not resolved its claims against the remaining Defendants.

**Done and ordered** in Miami, Florida, on November 18, 2021.

_____
Robert N. Scola, Jr.
United States District Judge