# Exhibit A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

RYAN BIRMINGHAM, ROMAN LEONOV,
MITCHELL PARENT, JONATHAN ZARLEY
STEVEN HANSEN AND JOHN DOES 1-30,
INDIVIDUALLY, AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

            Case No. 21-CV-23472

       Plaintiffs,

v.

ROFX.NET, AURO ADVANTAGES LLC, AWARE
CHOICE LTD., BOONRUK RUAMKIT CO., LTD.,
BRASS MARKER S.R.O., EASY COM LC,
EPAYMENTS SYSTEMS LTD., ESTER
HOLDINGS INC., GLOBAL E-ADVANTAGES,
GROVEE, LLC, IGORIA TRADE SPOLKA
AKCYJNA, IT OUTSOURCING CO., LTD., NOTUS
LLC, SHOPOSTAR, LLC, VDD-TRADING, LTD.,
WEALTHY DEVELOPMENTS LP, ANDREI
FETIN, ANNA SHYMKO, ANTON BILOUS,
BORYS KONOVALENKO, DMYTRO FOKIN,
JORGE LUIS CASTILLO, MANUCHAR
DARASELIA, MIKHAIL RYMANOV, NATALIA
LOS, NATTPEMOL KRINARA, PAPAHRATSOR
NRVIRATPORN, PETER MOGILNIY, YOURAS
ZIANKOVICH AND JOHN DOES 1-30,

       Defendants.

_____/

## DECLARATION OF RUARRI M. ROGAN

   I, RUARRI M. ROGAN, declare under penalty of perjury as follows:

   1.  I am an attorney with the law firm of Holland & Knight LLP, counsel for Plaintiffs

Ryan Birmingham, Roman Leonov, Mitchell Parent, Jonathan Zarley, Steven Hansen and John

Does 1-30, individually, and on behalf of all others similarly situated ("Plaintiffs") in the above-

captioned proceeding.

2.      I am admitted to *pro hac vice* in this action. *See* ECF No. 6.

3.      I respectfully submit this declaration to inform the Court of the efforts Plaintiffs'

counsel has made to serve the Defendants in this matter.

4.      On November 16, 2021, the Court issued an order granting Plaintiffs' Motion for

Alternative Service. *See* ECF No. 36. Specifically, the Court authorized Plaintiffs to serve the

remaining twenty-two Defendants via email, company websites, and social media messages. *Id.*

5.      The Order stated that Plaintiffs "shall file a copy of delivery confirmation (or

substantially equivalent document) as proof that service has been carried out upon the Defendants

as required by Federal Rule of Civil Procedure 4(l)(2)(B)." *Id.*

6.      Pursuant to the Court's Order, in addition to emails with tracking receipts, Plaintiffs

utilized www.hunter.io, a Google Mail plugin, to track when an email sent to the Defendants from

the email address rrogan2@fordham.edu and containing a copy of the Summons and Verified

Class Action Complaint was opened.

7.      As outlined below, Plaintiffs have successfully executed alternate service of

process, via email, with the Summons and the Verified Class Action Complaint, ECF No. 1, on

the following Defendants:

   a)  Defendant Andrei Fetin received the Summons and Verified Class Action
       Complaint via email at andrei.fetin@jordanbank.co.uk on November 18, 2021;
       attached hereto as **Exhibit 1** is a screenshot demonstrating Defendant Fetin
       received and opened the email containing the Summons and Verified Class
       Action Complaint;

   b)  Defendant Mikhail Rymanov received the Summons and Verified Class Action
       Complaint via email at the following email addresses:  mr@dsx.uk;

m.rymanov@gmail.com; and kraken@dsx.uk on November 18, 2021; attached hereto as **Exhibit 2** is a screenshot demonstrating Defendant Rymanov received and opened the email containing the Summons and Verified Class Action Complaint;

c)   Defendant Brass Marker s.r.o. received the Summons and Verified Class Action Complaint via email at mazzone@bk.ru on November 18, 2021; attached hereto as **Exhibit 3** is a screenshot demonstrating Defendant Brass Marker s.r.o. received and opened the email containing the Summons and Verified Class Action Complaint;

d)   Defendant Ester Holdings Inc. received the Summons and Verified Class Action Complaint via email at finance@esterholdings.com on November 18, 2021; attached hereto as **Exhibit 4** is a screenshot demonstrating Defendant Ester Holdings received and opened the email containing the Summons and Verified Class Action Complaint;

e)   Defendant Igoria Trade S.A. received the Summons and Verified Class Action Complaint via email at office@igoriatrade.com on November 18, 2021; attached hereto as **Exhibit 5** is a screenshot demonstrating Defendant Igoria Trade received and opened the email containing the Summons and Verified Class Action Complaint. Defendant Igoria Trade S.A. has made contact with Plaintiffs' counsel, through retained counsel Andrew Kruppa, who acknowledged service by email;

f)   Defendant Epayments Systems Ltd. received the Summons and Verified Class Action Complaint via email at info@epayments.com, on Thursday, November

18, 2021.  Defendant Epayments Systems confirmed receipt with the following message: "This is a quick note to confirm that we have received your message and registered it under No. 1078976."  Attached hereto as **Exhibit 6** is a copy of the email confirmation;

g) Defendant Peter Mohylnyi received the Summons and Verified Class Action Complaint via email at Peter.Mohylnyi@outlook.com on November 18, 2021; attached hereto as **Exhibit 7** is a screenshot demonstrating Defendant Mohylnyi received and opened the email containing the Summons and Verified Class Action Complaint;

h) Defendant Jorge Castillo received the Summons and Verified Class Action Complaint via email at williamaldenlindo@gmail.com on November 18, 2021; attached hereto as **Exhibit 8** is a screenshot demonstrating Defendant Castillo, through counsel, received and opened, the email containing the subsequent Summons and Verified Class Action Complaint.  Defendant Jorge Castillo's overseas counsel, William A. Lindo, has acknowledged receipt and made contact with Plaintiffs' counsel;

i) Attached hereto as **Exhibit 9** is an email from boonrukruamkit@hotmail.com, with borisovevgeny@icloud.com and nattpemol@hotmail.com in carbon copy, sent on behalf of Defendants Boonruk Ruamkit Co. Ltd., IT Outsourcing Co. Ltd., Nattpemol Krinara, and Papahratsor Nrviratporn.  Defendants confirmed receipt of the Summons and Verified Class Action Complaint and provided a FedEx tracking number, 813523594600, for their submission to the Court.

8.      To date, other than described above, Plaintiffs' counsel has not been contacted by any Defendants, or counsel for the Defendants.

9.      No parties have formally, or informally, objected to the requested relief for a preliminary injunction, or in the alternative, an extension of the temporary restraining order.

10.     To date, all Discovery Targets[1] were served with a subpoena decus tecum for expedited discovery on the known accounts at issue. At this time, we have restrained approximately USD $70,000.00.

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 24, 2021
               New York, New York

                                                    /s/ *Ruarri M. Rogan*
                                                   Ruarri M. Rogan

---

[1] All Capitalized terms not otherwise defined herein, have the meaning set forth in the Court's Sealed Order Granting in Part Ex Parte Emergency Temporary Restraining Order and Setting Hearing.

Exhibit 1

# Andrei Fetin



# Exhibit 2

# Rymanov



Exhibit 3

# Brass Marker



Exhibit 4

# Ester Holdings



Exhibit 5

# Igoria Trade S.A.



On Nov 22, 2021, at 5:04 PM, Kruppa, Andrew R. <andrew.kruppa@squirepb.com> wrote:

*[External email]*
Greetings Jose,

Long time no talk.  I hope you are well.
We have been retained by Igoria Trade in the Birmingham matter.
Are you available for a short chat tomorrow, November 23?

Thank you, Andy



**Andrew R. Kruppa**
Partner
Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard, Suite 4700
Miami, Florida 33131

305 577 7712 (direct)
305 905 0566 (mobile)
andrew.kruppa@squirepb.com | squirepattonboggs.com

1

Exhibit 6

**Rogan, Ruarri (NYC - X73575)**

| | |
|---|---|
| **From:** | ePayments <info@epayments.com> |
| **Sent:** | Thursday, November 18, 2021 5:05 PM |
| **To:** | Rogan, Ruarri (NYC - X73575) |
| **Subject:** | Ticket No. 1078976 "ROFX Service: Epayments Systems" |

*[External email]*
##- Please type your reply above this line -##

Hello and thank you for contacting ePayments!

This is a quick note to confirm that we have received your message and registered it under No. 1078976.
We are here for you 24/7 and will respond to your email as soon as possible, but not later than within the next 24 hours.

Our Help Centre is very simple yet still the most thorough - we have answered to the most popular questions. Perhaps, you'll find the answer too. Check it out!

• [My account](#)
• [e-Wallet](#)
• [ePayments card](#)
• [Tariffs](#)

Feel free to provide us with any additional information by replying to this message.

Best regards,
ePayments Support Team
support@epayments.com



ePayments Systems Limited
33 Cavendish Square, London, United Kingdom, W1G 0PW
ePayments Systems Limited is authorised by the United Kingdom Financial Conduct Authority under the Electronic Money Regulations 2011 to issue electronic money. Registration number 900172.

This email, together with any attachments, is for the exclusive and confidential use of the addressee(s). Any other distribution, use or reproduction without the sender's prior consent is unauthorised and strictly prohibited. If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

www.ePayments.com

Exhibit 7

# Mohylnyi



Exhibit 8

# Jorge Luis Castillo



Exhibit 9

**From:** BoonRuk RuamKit <boonrukruamkit@hotmail.com>
**Sent:** Tuesday, November 23, 2021 6:55 AM
**To:** Casal, Jose (MIA - X27713) <Jose.Casal@hklaw.com>
**Cc:** borisovevgeny@icloud.com; NATTPEMOL@HOTMAIL.COM
**Subject:** Civil Action N 21-CV-23472-RNS

*[External email]*
Regarding  Civil Action N 21-CV-23472-RNS, we are, Defendants: Boonruk Ruamkit co Ltd, IT OUTSOURCING CO LTD, Mrs nattpemol Krinara, Mrs Papahratsorn Raviratporn. ALL THAILAND NATIONALITY. Presented without lawyer.

Sending answers on summons and compliant .
Attached file a scan of post slip for tracking.

For questions or else You can reach us by email or phone (pls note that Our time zone is a -12 hours to Florida time) .
 In case you are need a scan of ours answers we are ready to provide it

Mrs Nattpemol Krinara.



**FedEx Express** | **Expanded Service International Air Waybill**
For FedEx services worldwide.
Not all services and options are available to all destinations.

**Sender's Copy**

## 1 From *Please print and press hard.*

Date **11/23/21**

Sender's FedEx Account Number *SENDER'S FEDEX ACCOUNT NUMBER ONLY*

Sender's Name **Miss Nattpemol Kimaya**    Phone **+66845432089**

Company **BOONRUK RUAMKIT CO.,LTD.**

Address **131/5 MONTRI RD., TAI CHANG**

Address **MUENG PHANG-NGA**

City **PHANG-NGA**    State/Province

Country **THAILAND**    ZIP/Postal Code **82000**

Email Address **BOONRUKRUAMKIT@HOTMAIL.COM**

Internal Billing Reference *FIRST 24 CHARACTERS WILL APPEAR ON INVOICE*

## 2 To

Recipient's Name **Jose A Casal**    ☐ Residential Delivery    Phone **(305) 789-77-13**

Company

Address **701 Brickell Avenue, Suite 3300**    *Dept./Floor*

Address

City **Miami**    State/Province **Florida**

Country **USA**    ZIP/Postal Code **33131**

Email Address

Recipient's Tax ID Number for Customs Purposes *GST/RFC/VAT/EIN/ABN/TIN, OR AS LOCALLY REQUIRED*

## 3 Shipment Information

Total Packages *Shipper's Load and Count/SLAC* | Total Weight **0.5** | ☐ lb ☐ kg    DIM **L / W / H** ☐ in. ☐ cm

| Commodity Description DETAIL REQUIRED. PRINT IN ENGLISH | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Document | | | |
| | | | |
| | | | |
| | | | |

**Has EEI been filed in AES?**
*For U.S. Export Only Check One*

☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR.
→ If other than NLR, enter License Exception:

☐ No EEI required, enter exemption number:

☐ Yes – Enter AES proof of filing citation:

Total Declared Value for Carriage

Total Value for Customs *(Specify Currency)* **USD**

PART 150411 • Rev. Date 9/13 • ©1994–2013 FedEx • Non-Negotiable International Air Waybill

---

⚠ **The service order has changed in Section 4. Signature options have been added to Section 6.**

*For Completion Instructions, and details on services and options, see back of fifth page.*

FedEx Tracking Number **8135 2359 4633**    Form ID No. **0425**

## 4a Express Package Service    *Packages up to 150 lbs. / 68 kg*

NOTE: Service order has changed. Please select carefully.

☐ FedEx Intl. First    ☒ FedEx Intl. Priority    ☐ FedEx Intl. Economy

## 4b Express Freight Service    *Packages over 150 lbs. / 68 kg*

☐ FedEx Intl. Priority Freight    ☐ FedEx Intl. Economy Freight

Booking Number    *REQUIRED*
*Please call your nearest FedEx location to book shipments.*

## 5 Packaging

☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☐ FedEx 10kg Box    ☐ FedEx 25kg Box    ☐ Other

## 6a Special Handling and Delivery Signature Options    *Fees may apply. See the FedEx Service Guide.*

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery

☐ Direct Signature *Someone at recipient's address may sign for delivery.*    ☐ Indirect Signature *If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.*

Does this shipment contain dangerous goods?
One box must be checked / ticked.

☐ No    ☐ Yes *As per attached Shipper's Declaration.*    ☐ Yes *Shipper's Declaration not required.*    ☐ Dry Ice    Dry Ice, 9, UN 1845 ___ x ___ kg

*Restrictions apply for dangerous goods — see the current FedEx Service Guide.*    ☐ Cargo Aircraft Only

## 6b Broker Selection    *Optional. To specify a broker other than FedEx.*

☐ Intl. Broker Select    *BROKER'S NAME*

Broker's Email
City / State / Province / Country
ZIP / Postal Code    *REQUIRED*    Phone

## 7 Payment    *Complete payment options for both transportation charges and duties and taxes.*

**Bill transportation charges to:**
Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender *Acct. No. in Section 1 will be billed.*    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☒ Cash/Check/Cheque

FedEx Acct. No.    *FedEx Use Only* **105**

Credit Card No.
Credit Card Exp. Date

**Bill duties and taxes to:**
Enter FedEx Acct. No. below.

☐ Sender *Acct. No. in Section 1 will be billed.*    ☐ Recipient    ☐ Third Party

FedEx Acct. No.

## 8 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require any U.S. State Department license. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
**WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: *(signature)*

FedEx Courier Receipt:    Date:
*For letter of credit shipments only.*

For questions or to ship and track packages, go to fedex.com.
Or in the U.S. call 1.800.GoFedEx 1.800.463.3339.
Terms and conditions of service may vary from country to country.
For a full version of the Conditions of Contract, go to fedex.com.

**663**





**FedEx Express**

# Expanded Service
## International Air Waybill

For FedEx services worldwide.
Not all services and options are available to all destinations.

**Sender's Copy**

!  The service order has changed in Section 4.
   Signature options have been added to Section 6.

For Completion Instructions, and details on services and options, see back of fifth page.

**1  From** *Please print and press hard.*

Date  11/23/21  Sender's FedEx Account Number  *SENDER'S FEDEX ACCOUNT NUMBER ONLY*

Sender's Name  Miss Nattpernol Krimara  Phone  +66 84 5432089

Company  Boonyuk Ruamkit Co.,Ltd.

Address  131/5 Montri Rd, taichvagy

Address

City  Mueng Phang-nga  State/Province  Phang-Nga

Country  Thailand  ZIP/Postal Code  82000

Email Address  Boonrokruamkit @ hotmail.com

Internal Billing Reference  *FIRST 24 CHARACTERS WILL APPEAR ON INVOICE*

FedEx Tracking Number  8135 2359 4600  Form ID No.  0425

**2  To**  ☐ Residential Delivery

Recipient's Name  Angela E. Noble  Phone  (305) 523-5100

Company  Southern Court Florida

Address  Wilkie D. Ferguson Jr. U.S. Courthouse  Dept/Floor

Address  400 North Miami Avenue

City  Miami  State/Province  Florida

Country  USA  ZIP/Postal Code  33128

Email Address

Recipient's Tax ID Number for Customs Purposes  *GST/RFC/VAT/IN-EIN/ABN/TIN, OR AS LOCALLY REQUIRED*

**3  Shipment Information**

**Total Packages**  Total Weight  0.5  ☐ lb ☐ kg  DIM  L / W / H  ☐ in. ☐ cm
*Shipper's Load and Count/SLAC*

Commodity Description  *DETAIL REQUIRED. PRINT IN ENGLISH.*  Harmonized Code  Country of Manufacture  Value for Customs

Document

**Has EEI been filed in AES?**
*For U.S. Export Only: Check One*
☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR.
   → If other than NLR, enter License Exception: _____
☐ No EEI required, enter exemption number: _____
☐ Yes – Enter AES proof of filing citation:

**Total Declared Value for Carriage**

**Total Value for Customs**
(Specify Currency)  USD

PART 150411 • Rev. Date 9/13 • ©1994–2013 FedEx • Non-Negotiable International Air Waybill

**4a  Express Package Service**  *Packages up to 150 lbs. / 68 kg*
NOTE: Service order has changed. Please select carefully.
☐ FedEx Intl. First  ☐ FedEx Intl. Priority  ☐ FedEx Intl. Economy

**4b  Express Freight Service**  *Packages over 150 lbs. / 68 kg*
☐ FedEx Intl. Priority Freight  ☐ FedEx Intl. Economy Freight

Booking Number  *REQUIRED*
*Please call your nearest FedEx location to book shipments.*

**5  Packaging**
☐ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☐ FedEx 10kg Box  ☐ FedEx 25kg Box  ☐ Other _____

**6a  Special Handling and Delivery Signature Options**  *Fees may apply. See the FedEx Service Guide.*
☐ HOLD at FedEx Location  ☐ SATURDAY Delivery
☐ Direct Signature  ☐ Indirect Signature
*Someone at recipient's address may sign for delivery.*  *If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.*

Does this shipment contain dangerous goods?
*One box must be checked / ticked.*
☐ No  ☐ Yes  As per attached Shipper's Declaration.  ☐ Yes  Shipper's Declaration not required.  ☐ Dry Ice  Dry Ice, 9, UN 1845 ___ x ___ kg
☐ Cargo Aircraft Only
*Restrictions apply for dangerous goods — see the current FedEx Service Guide.*

**6b  Broker Selection**  *Optional. To specify a broker other than FedEx.*
☐ Intl. Broker Select  *BROKER'S NAME*
Broker's Email
City / State / Province / Country
ZIP / Postal Code  *REQUIRED*  Phone

**7  Payment**  Complete payment options for both transportation charges and duties and taxes.
**Bill transportation charges to:**
Enter FedEx Acct. No. or Credit Card No. below.
☐ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check/Cheque
FedEx Acct. No.  *FedEx Use Only*
Credit Card No.
Credit Card Exp. Date
**Bill duties and taxes to:**
Enter FedEx Acct. No. below.
☐ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party
FedEx Acct. No.

**8  Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:  ASUS.

FedEx Courier Receipt:  Date:
*For letter of credit shipments only.*

For questions or to ship and track packages, go to fedex.com.
Or in the U.S. call 1.800.GoFedEx 1.800.463.3339.
Terms and conditions of service may vary from country to country.
For a full version of the Conditions of Contract, go to **fedex.com**.

663



Scheduled delivery:
Pending

IN TRANSIT
SAMUTPRAKARN, TH

GET STATUS UPDATES

FROM
MUENG PHANG-NGA, TH

TO
MIAMI, FL US

MANAGE DELIVERY

Travel History          Shipment Facts

TIME ZONE
Local Scan Time

Wednesday, November 24, 2021

7:18 AM                SAMUTPRAKARN TH          In transit

Tuesday, November 23, 2021

6:46 PM                SAMUTPRAKARN TH          Left FedEx origin facility

Expand History