Page  1                        REF: CIVIL ACTION N 21-CV-23472-RNS

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

REF: CIVIL ACTION N 21-CV-23472-RNS

TO: RYAN BIRMINGHAM, ROMAN LEONOV, MITCHELL PARENT, JONATHAN ZARLEY
STEVEN HANSEN AND JOHN DOES 1-30, INDIVIDUALLY, AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED as plaintiffs

FROM: BOONRUK RUAMKIT CO LTD, IT OUTSOURCING CO LTD, MRS NATTPEMOL
KRINARA, MRS PAPAHRATSORN RAVIRATPORN.

To the honorable Court, plaintiffs, plaintiffs lawyers,
regarding Civil Action N 21-CV-23472-RNS
we are Boonruk Ruamkit Co Ltd , IT outsourcing Co Ltd, Mrs Nattpemol Krinara
(managing director both companies), Mrs Papahratsorn Raviratporn (shareholder) (here
and after Boonruk) can clarify following:

**Introducing**

Our main company Boonruk Ruamkit Co Ltd was well established at 2017 year. We start
small business as a local coffee shop In rural province, but we are seen any opportunity
to grow. Via ours global network partners, we are set a small consulting and outsourcing
business in IT (web, game graphics , etc). Some of ours customers sold theirs games with
ours outsourced design of characters in years, some ours customers using ours
outsourced open source solution in theirs cold storage for industrial freezing berries.
*special note: All ours partners inform us that all contacts with us became be toxic due a
RICO complain and they will never confirm any ours product.*

In the middle of March 2020 we are got from our Russian partner mr Borisov Evgeny
proposal about contract for some Ukraine based group of. He got it request from his
Ukrainian partner mr Oleg Ponomarenko, which are, in his que he got direct request from
a person which are positioned self as owner algorithmic trading start-up (here and after
Ukraine group)

When we are asked about nature of business, conditions and another important
information related to this deal, we are got verbal response (via all links of mediators) from
the owner, that they are: developed software robot, which is able to operate on financial
stock, some commodity stock and forex stocks. More over It Ukraine group looking
"aged" and "white" IT oriented company because theirs customer need a due diligence
procedures.
We are specially pointed that respecting law, we are  can not provide any "broker-like"
services without at least local Thailand licenses.
We got verbal answer from Ukraine group that they are, and we are (Boonruk) no need
any license, because theirs customer using software robot platform as theirs own
software, carry all risks as private investors by-self. It is exactly theirs "know how", that
every user can to connect to the stock as broker/investor, can buy/sell on stocks by-self
via robot.
We will receive/sent a funds from/to a individual and juristic persons, which are using
robot. As a commercial meaning we (Boonruk) will be a 3-rd party in dealing between
Ukraine group (sell robots) and theirs customers (operated on stock).

Page 1                        REF: CIVIL ACTION N 21-CV-23472-RNS

All preliminary negotiating, contracts, customers support, for customers will be provided by Ukrainian group, which are experienced for legal and tax, also having and providing to theirs customers a solid insurance for stock dealing.

On our request to open names operating companies for signing contracts with Ukraine group got answer, that can not to do it, because  avoid any complains in "insiders dealing" or conflict of interest and avoid leaking "know how".

Additionally Ukraine group pointed that of G7 countries governments provided a massive financial assistance to support theirs countries peoples and business due a COVID pandemic. Some most active peoples using independent platform because "classical" or "institutional" invest solution is not so profitable, but market of direct  personal investments is fast growing, need to rush to take a own place. They expect to run project minimum 5 years and sure more.

Based on here and above, we are seen it group negotiating very professional, seems trustable (using a lot professional terms, shown having strong background in Ukraine government family members as umbrella), we are trust it group and decide to start.

*special note: this is was a negotiating only regarding start business project. We try to understand nature of business and it background. This information not mean that we knew about ROFX or another defendants or theirs plans to fraud. This information can not be interpreted as any negotiating, jointing or conspiracy with another defendants. We are never discussed any topics related to fraud scheme, channels or it parts, with another defendants. This information also not mean that we negotiate about money laundering scheme . Information about software robot also not mean that we are knew about defraud "mechanics"*

Ukraine group offer to deduct 2% from all incoming funds as fee for operation Boonruk (ITO got a same offer later), which shall to cover incoming payments bank fee (around 20 usd), outgoing payment bank fee (0.25 prc + Swift fee (20-25 usd), tax in Thailand (15% from difference incoming/outgoing funds),  Boonruk company profit (0,5 prc after all) We are was agreed on it, because it all seems reasonable and professional, very close to conventional payments solution, not as  famous 50/50% when everybody can clear understand nature of funds as illegal.

*special note: it information doesn't mean we are knew about nature funds, operated laundering money, or got enrichment, we just got a money for ours service,  as we was confident absolutely legal.*

First transactions to Boonruk was done at April 2020.

Owner Ukraine project time to time (1 time per month or less) keep contact with our partner mr Borisov Evgeny. We are Boonruk, ITO, managing director or shareholders never contact him directly. Permanent contact and control for daily operations was set with accountant Ukraine group via mr Borisov Evgeny by chat in messengers. Daily report format we got from Ukraine group.

| | SUMMARY FOR Bonnruk : EUR | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Receive (EUR) | Boonruk Fee | Bank Fee for coming | Transfer (EUR) | Bank Fee (Transfer) | Description | |
| 16 апреля 2020 | 982,00 | 19,64 | | | | | |
| 21 апреля 2020 | 2 685,00 | 53,70 | 5,00 | | | | |

Page 3          REF: CIVIL ACTION N 21-CV-23472-RNS

She (accountant) sent info about incoming/outgoing payments, slips for incoming payments to confirm transactions, destinations for outgoing payments, also personal documents (driving licenses, passports or ID cards) for identify theirs customer for outgoing payments. We transfer for them bank slips for ours outgoing payments. Often we are noticed a same names in both (receive /sent) list. We are been in very deep confident that robot is real and we are working with very high financial culture group.
*special note this info not mean that we are or ours partner set or manage money laundering process. It was as we are feel normal business operation as support Ukraine group customers*

Around March 2021 monthly turnover became significantly grow. We decide to open second company: IT Outsourcing Co Ltd ( here and after ITO). Main ours target it was very pragmatic: to reduce company tax base in Thailand. As results Boonruk and ITO shall be keep status of SME ( small enterprise).
*special note: IT outsourcing never was established for fraud or money laundering purposes or jointed to the conspiracy with another Defendants.*

Additionally we are asked Ukraine group about reasons why turnover is grow so fast? We are got a answer that algorithmic solution is quite good and permanently improving. Right now independent, personal investments is quiet popular. They are sent links https://www.bbc.com/news/business-55843829.amp



As proofs high activity in the individual investments market.
*Special note* it is normal to keep contact with a partnered group, to check funds flow, it doesn't mean that we are discussed any fraud, or knew about nature of transferred funds.*

At 22 September 2021 all operations by Ukraine group was ended.
From period end September to mid October we are got numerous SWIFT requests for revocation payments. Some with exactly reasons as fraud suspecting. We are can not to

perform any revocation by reason absence any available funds belonging to the Ukrainian group.

Final closing balance Ukraine group was a negative:

Boonruk -100 usd/+100 euro

ITO - 500 usd/-2619 euro.

On ours direct request to the owner Ukraine group via ours partner Mr Borisov got exactly answer: that in the USA was bankrupted one of "biggest broker" and project got a serious financial damages. They are need a 1-2 months to rehab theirs business.

In the end of October mr Borisov got a call from owner Ukraine group with a recommendation to dissolve both ours companies, to close accounts, to changing all contacts and etc.

*special note: this info didn't mean that we are was a members Ukrainian group or act together with them in hiding any traces._

3 November 2021 we are got a summons from Southern Florida court.

**Answers (here and after we are using same numbers in accordance of Case Civil Action N 21-CV-23472-RNS**

**(Here and after Boonruk mean Boonruk Ruamkit Co Ltd, IT outsourcing Co Ltd, Mrs Nattpemol Krinara and Mrs Papahratsorn Raviratporn )**

**Regarding chapter I Nature of action**

1.  We are never know about, or contacted/negotiated with a ROFX.net web resource or company or individuals behind it (here and after ROFX in any face). Never appointed ROFX to operate from behalf us. Never advertise self as "robotic trader" (or similar ) via ROFX. Never offered any proposals to the plaintiffs via ROFX, never contacted and negotiated directly with ROFX plaintiffs and customers. Plaintiffs can It is easy to check by tracking IP addresses, chats content, ID in messengers, e-mails or else.
2.  Boonruk was established in 2017 year, can't to joint to the ROFX in 2016. All related info described at Introduction chapter.
3.  We are also feel self a victim of Ukraine group (we are have financial damages and reputation damages)
4.  Boonruk never was established or operated for purposes Racketeering or Corrupted organization, unjust enrichment, fraud conduct, conspiracy or another plaintiffs points. All funds related to Ukraine group already was withdraw by them (we are confirm our readiness to assist in tracking all funds).
5.  points of plaintiffs.
6.  points of plaintiffs.

**Regarding chapter II Parties**

7. Regarding short list of plaintiffs (5 names, available to read) according ours brief accountant records we can clarify following:

Page 5                         REF: CIVIL ACTION N 21-CV-23472-RNS

| Plaintiff | Boonruk Ruamkit Co Ltd | IT Outsourcing Co Ltd |
|---|---|---|
| Ryan Birmingham | No any operation (receive/sent) | No any operation (receive/sent) |
| Roman Leonov | 2 records (1 sent/1 return from) | No any operation (receive/sent) |
| Mitchel Parent | No any operation (receive/sent) | 1 record (sent to) |
| Johnatan Zarley | 7 records (7 sent to) | No any operation (receive/sent) |
| Steven Hansen | No any operation (receive/sent) | No any operation (receive/sent) |

We are also have a records for a names similar or close in spelling to the plaintiffs' names.

8. Regarding exhibit 1, attached copies of invoices, we are recognized (by invoices numbers) following names:

| Plaintiff | Boonruk Ruamkit Co Ltd | IT Outsourcing Co Ltd |
|---|---|---|
| Gerolastinis Ntaniel | No any operation | 1 records (recieving) |
| DIVYA CHIKKAVEERAIAH | No any operation | 5 records (receiving) |
| Dean M Hodgen | No any operation | 4 records (recieving) |

Additionally we are point to the honorable court, plaintiffs, plaintiffs lawyers, that Boonruk Ruamkit Co Ltd or IT Outsourcing Co Ltd <u>never</u> used such form of invoices. Our Invoice content detailed information about service or goods, price per unit, quantity and etc, detailed information for emergency contacts to us (such phone and email address)
We are declare its invoices is not belonging to us, we are never issued it. We are attaching "ours" invoice forms to compare.



We are point that it is simple basis of financial literacy to request, or verify information with beneficiary in any doubts with invoice or any relating documents. Why nobody from plaintiffs, earlier, ever do not attempted to clarify all? It seems strange: want money from investments, but never carefully checked any…

Page 5                         REF: CIVIL ACTION N 21-CV-23472-RNS

Page 6                          REF: CIVIL ACTION N 21-CV-23472-RNS

*Special note* *nobody and never contacted with us regarding ROFX/Ukraine group invoices clarification, even using conventional mail. As easy to see we are absolutely able to communicate and open to clarify any.*

9-11. We are never has any contacts in any form with ROFX and any persons behind it.
12. We are received funds from NOTUS LLC, as usual Ukraine group customer. No any contacts with persons behind it company.
13-16. We are never has any contacts in any form with it Defendants.
17-18. We are never has any contacts in any form with it Defendants.
19. We are received funds from EASY COM LC, as usual Ukraine group customer. No any contacts with persons behind it company.
20-21. We are never has any contacts in any form with it Defendants.
22-24. We are never has any contacts in any form with it Defendants.
25-27. We are never has any contacts in any form with it Defendants.
28. We are never has any contacts in any form with it Defendants.
29-31. IT Outsourcing Co Ltd was well established in 2021.
Registered address: 520/3 MOO 3, BANG NON, MUENG, RANONG 85000, THAILAND.
Shareholders is a Mrs Nattpemol Krinara and Mrs Papahratsorn Raviratporn .
Mrs Nattpemol Krinara is a managing director.
Company still be active. Encountered suffering due RICO complain.
32. Boonruk Ruamkit was well established in 2017.
Registered address: 131/5 MONTRI RD., TAI CHANG, MUENG, PHANG-NGA 82000, THAILAND
Shareholders is a Mrs Nattpemol Krinara and Mrs  Papahratsorn Raviratporn
Mrs Nattpemol Krinara is a managing director.
Company still be active. Encountered suffering due RICO complain.
33. We are received funds from GROOVE LLC, as usual Ukraine group customer. No any contacts with persons behind it company.
34-36. We are received funds from SHOPOSTAR LLC, as usual Ukraine group customer. No any contacts with persons behind it company.
37-38. We are never has any contacts in any form with it Defendants.
39. We are received funds from GLOBAL E ADVANTAGES LLC, as usual Ukraine group customer. No any contacts with persons behind it company.
40. We are never has any contacts in any form with it Defendants.
41. We are never has any contacts in any form with it Defendants.
42. We are never has any contacts in any form with it Defendants.
43. We are Boonruk Ruamkit Co Ltd, IT Outsourcing Co Ltd, Mrs Nattpemol Krinara, Mrs Papahratsorn Raviratporn never discussed, planned, never contacted or jointed with another Defendants to defraud of plaintiffs. We are can not be responsible for acting of Ukrainian group.
*special note: for a 12) 19) 33) 34) 39) we are requested (due its seems as permanent customers with a significantly high volume transactions) any corporate or signatures personal documents under KYC (know your customer) procedures from accountant Ukraine group. We got a few filled-up drafts contracts which in our opinion is was unusable ( no signatures, no company seal, no attached scans documents or else) This information doesn't mean we are knew about nature transferred by its companies funds, or we are responsible for theirs action, or we are laundering money or we are act via them, or they are act in ours interests, or else.*

**Regarding chapter III Jurisdiction**

44-47. We are respecting a rights of plaintiffs to protect own interests in the court.
*Special note: Boonruk Ruamkit Co Ltd , IT outsourcing Co Ltd, Mrs Nattpemol Krinara (managing director both companies), Mrs Papahratsorn Raviratporn (shareholder both companies) Never conducted any commercial/juridical (on behalf companies or personally) or another activity in USA. Never been registered in USA by self, or via appointed agent, never advertise by-self directly or via agent, never offered any proposals or negotiated directly or via agent not only with plaintiffs or ever another persons . We are not have any property, ensuring, or else. We are not has any contacts with USA jurisdiction.  Due a language problems (we are not a native English speakers), due absence any personal juridical knowledges relating to the Law of USA for present or protect self, due that for us is absolutely Impossible to hire any lawyer in the USA, we specially point honorable court, plaintiffs, plaintiffs lawyers that we can not be confident in fair process to protect self. We do not accept Jurisdiction.
But we are ready and able to be a witness, to  provide a key info (as operations insider) for plaintiffs against another defendants.*

**Regarding chapter IV Unlawful conduct**

48-49. We are never knew, has any contacts in any form with ROFX and any persons behind it.
50. We are not have any relationship to the ROFX platform "mechanics" such request for personal documents, open accounts and etc.
51-52. We are never advertise self in mentioned media or use or appoint for it any agents.
53. We do not access to the ROFX to check as they are used ours contact clearly. But we do not got any phone call or email from any ROFX/Ukraine group customer since 20 April 2020 until now.
54. We are never contacted via any chat-bot with ROFX customers and never promised them any.
55-56. We are never offered any option for a ROFX customers.
57. We are never negotiated, prepared or provided ROFX customer any package or provided withdraw service.
58. We are ever never operated in BTC due the Thailand is not clear defined cryptocurrency law.
59-60. We are confirm that received funds as a legal business basis via ours bank account. But we are never been end-beneficiary in funds flow.
61. We are physically can't to show any Boonruk accounts info on the ROFX, due absence any access to it, ever never know about ROFX existence.
62. We are never and nothing posted on mentioned web.
63. We are never has any contacts in any form with Ester. We didn't know about relationships between Ester and ROFX theirs "mechanics" on mentioned web.
64-65. We are didn't know any about ROFX "algorithms" proposals.
66-72. We are didn't know any about ROFX ICO, related to it promo and defraud.
73. We are never managed any ROFX customers balances, or fee for withdraw.
74-77. We are never set any regulations for withdraw ROFX customers.
78-79. We are never related to the ROFX.net web as owner, administrator, service provider or else. We are not responsible for it operations. It can easy to track by requests from ours devices and  IP addresses.

Page 8                          REF: CIVIL ACTION N 21-CV-23472-RNS

80. We are now realizing that Boonruk was cheatingly involved in the fraud scheme. We are ready to assist honorable court, plaintiffs, as key witness which are know system "inside"

*special note: 80) doesn't mean we are confessed in illegal activity. We are respecting law any country, we do not planned, not conducted anything by-self. We are was cheatingly involved.*

## Regarding V. CLASS ACTION ALLEGATIONS

81-89. We are respecting law and a rights of plaintiffs to protect own interests in the court.

## Regarding VI Pray and relief

## Count I common law fraud

90. We are respecting law and a rights of plaintiffs to protect own interests in the court. But we want to know proofs of plaintiffs Regarding point 91-98

91-92. We are not relating to the ROFX fraud scheme in any form.

93. Until 3 November 2020 ( when got a summons from court) We are was confident that all operations Ukraine group (Behind ROFX) is legal. We didn't suspect any crime, due it operations seems very professional.

94. We do not stimulate any plaintiffs for payment in any form. We are never contacted.

95. As we are note in the answer to 8) and special note to it plaintiffs shall be careful to check all. We are never contacted them and never mislead them.

96-97. We are operated as 3-rd party, can not be responsible for a relationship between others parties.

98. As we are detailed describe in introduction as we got a lot requests for revocation in end September to the middle October period. Unfortunately we are can not to perform it because closing balance ( at 20 September) from Ukraine group was negative. We are not cancelled attempts plaintiffs, we was unable to perform it.

## Count II – Unjust Enrichment

99. We are respecting law and a rights of plaintiffs to protect own interests in the court. But we want know proofs of plaintiffs regarding regarding points 1-98.

100. We are never contacted, promised, never appointed ROFX to negotiate on behalf us with ROFX customers.

101. We never was jointed to ROFX scheme "distribution profit". We was confident that ours activities has a real business meaning.

102. We are has a business motivation received/sent money without any delays, never has any attempt to retain plaintiffs money.

103. We are never steal plaintiffs capitals.

104. We never knew, never create, never manage any related to the ROFX schemes stealing capitals.

105. Boonruk and group behind decided to start cooperation with Ukraine group at 2020. Boonruk has a negative balance at ending operations

## Count III – Violation

Page 9                          REF: CIVIL ACTION N 21-CV-23472-RNS

106. We are respecting law and a rights of plaintiffs to protect own interests in the court. But we want know proofs of plaintiffs regarding regarding points 1-105.

107. We never and nobody never to offer to us any "enterprise". We are not feel self even a part of "enterprise" (pls take a look on ours nationality , we are quiet different from core croup)

108. We never knew, discussed with another defendants or persons behind any details, purposes or similar topics as ROFX fraud, distribution stollen funds or else.

109. We operated with Ukraine group only as commercial project, never as a employee part of fraudulent enterprise.

110-111. We are never apply any tactics as racketeering definition to receive money from plaintiffs. We are never contacted them, we are Never been even a part any corrupted enterprise.

## Count IV – Violation

112 We are respecting law and a rights of plaintiffs to protect own interests in the court. But we want know proofs of plaintiffs regarding regarding points 1-111.

113. We are never knew, never discussed, never jointed to the ROFX as knowing about criminal nature of it Ukraine group.

114. We never discussed with Ukraine group any plans to break USA law in any form.

115-116. We are never know about nature of Ukraine group, ROFX never discussed any plans, conditions or else or  agreed or conspiracy basis.

## Count V – Request For Temporary Injunction

117. We are respecting law and a rights of plaintiffs to protect own interests in the court. But we want know proofs of plaintiffs regarding regarding points 1-116.

118. Regarding Boonruk and persons behind bank accounts we again point that closing balance Ukraine group was negative, we are not kept or keeping any related to ROFX funds.

119. Boonruk never targeted to steal plaintiffs investments, furthermore use it for own purposes.

120. As we are pointed above we are can not to dissipate any plaintiffs assets, due that all incoming flow ended at 20 September.

121. We are kindly asking honorable court, plaintiffs, plaintiffs lawyers do not issue preliminary injunction to Boonruk and persons behind banks accounts. Main reason that we not have any another opportunity to get income. We are already encountered suffering due publication RICO class action. We will no have any source for survival. As we are mentioned above closing Ukraine group balance was negative from 20 September. Injunction meaningless for Boonruk and persons behind, we are not a core Ukraine group/ROFX.

122-124. It is a right of plaintiffs.

## Count VI – Conspiracy

125. We are respecting law and a rights of plaintiffs to protect own interests in the court. But we want know proofs of plaintiffs regarding regarding points 1-116.

126. IT Outsourcing never collaborated, knowing agree, conspired to conduct with another defendants any fraudulent unlawful scheme. ITO ( as mentioned in introduction) was created at 2021 with only one target: to reduce company tax base (due growing

Page 10                          REF: CIVIL ACTION N 21-CV-23472-RNS

Boonruk turnover) in Thailand. As results Boonruk and ITO shall be keep status of  SME
( small enterprise).
127. We are Boonruk and persons behind never discussed inside own group or with
Ukraine group or with any defendants in any form possibility, ways to cheat Plaintiffs.
128. We can't comment list, because can't understand it due black blocks.
129. We are never contacted, discussed, planned or agree to brokering deposits with
another Defendants for any purposes.
130 We are never contacted,  discussed, planned or agree w th Ester for any purposes.
131. No answer

**Deal Propose with a honorable court, plaintiffs, plaintiffs lawyers.**

Regarding all mentioned above we are hope that honorable court, plaintiffs and plaintiffs
lawyers can clear see that we are very different from Ukraine group not only as sign of
ethnic criminal group (they are numerous Ukrainian origin peoples, some of them related
to a few Defendants, but we are only Thai nationality and 1 our Russian partner ).
Additionally we would like to pay attention of Honorable court, plaintiffs, plaintiffs lawyers,
that, as we are knew, only we are answered to the summons and questions.
Easy to see that we are victim, we was cheatingly involved in Ukrainian group defraud.
We got a financial damages from Ukraine group and reputation damages.
We want to point that it is a highly organized, highly skilled group, having advanced
internal security measures, they are already attempted to hide transaction information,
contacts (changing phone numbers, ID in messengers, cleaning chats) stollen funds was
transferred via different channels.
In opposite we are still be open for court, plaintiffs and plaintiffs lawyer, any federal
government agency, we are ready and able to cooperate, share our experience, every
information, opinion about working style Ukrainian group with court, plaintiffs and
plaintiffs attorney in the status of witness.
Ours proposal:
1)  Sign pre jury agreement subjected of withdrawal all claims related to Boonruk
    (companies and individuals behind).
2)  Boonruk (companies and individuals behind) will transfer all information (transaction
    records, bank slips, invoices for encashing channels, contacts, related to Ukraine
    group) to plaintiffs for tracking funds and Ukraine group members.
3)  Boonruk (companies and individuals behind) will transfer personal information for
    tracking persons, members Ukraine group (nick names, contact in messengers,
    information about property which can help exactly recognize them. Intercept sensitive
    information via administration of messengers (Telegram and Signal ), to get a proofs of
    theirs criminal activity and recognize them in Ukraine, and another locations)
4)  From last communication we are know about plans Ukraine group back to the forex
    market from mid of January 2022. They are asked us to provide new company same
    as Boonruk. So we can be a key persons to trace owners Ukraine group exactly.
5)  As we are knew information that owner Ukraine group want to open online casino to
    legitimize his income which got from ROFX defraud. He asked us to set payment
    (PSP) solution.
6)  Boonruk will joint to the plaintiffs with a complain about financial damages (current
    balance is negative around 3500 usd) and reputation risks against ROFX and
    members of Ukraine group.
*special note: Information 5) 6) doesn't mean we are still be active part of Ukraine group it
just mean we want to discover theirs plan since we knew about it.*

Page 11                          REF: CIVIL ACTION N 21-CV-23472-RNS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY HEREOF HAS BEEN FURNISHED BY E-MAIL
AND BY POST SERVICE TO THE PERSONS LISTED BELOW THIS 24 DAY OF
NOVEMBER 2021.
REF: CIVIL ACTION N 21-CV-23472-RNS

TO PLAINTIFFS: RYAN BIRMINGHAM, ROMAN LEONOV, MITCHELL PARENT,
JONATHAN ZARLEY STEVEN HANSEN 1-30, INDIVIDUALLY, AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED AS PLAINTIFFS

DEFENDANTS: BOONRUK RUAMKIT CO LTD, IT OUTSOURCING CO LTD, MRS
NATTPEMOL KRINARA, MRS PAPAHRATSORN RAVIRATPORN.
PRESENTED WITHOUT LAWYER

SENT TO:  JOSE A. CASAL
ADDRESS: 701 BRICKELL AVENUE, SUITE 3300, MIAMI, FLORIDA, UNITED STATES OF
AMERICA, 33131

(PHONE) (305) 789-77-13.   JOSE.CASAL@HKLAW.COM


I, AM MRS NATTPEMOL KRINARA, A NON-LAWYER,
(PHONE) +66 84 543 2089,  NATTPEMOL@HOTMAIL.COM
FILL-OUT IT BY-SELF IN RESPONSE OF COURT SUMMONS AND COMPLAINT FOR
CASE 21-CV-23472-RNS

9/24/2020

RoFx Invoice ▇▇▇▇▇▇▇▇

≡ **M** Gmail          Q   Search mail                                          ▼

Compose

Inbox                    3

Starred

Snoozed

Important

Sent

Drafts

● **Categories**

● =CoinBase

● =FWWCU

● =HellenicBanker

● =LAPTOP

● =Medical

**Meet**

Start a meeting

Join a meeting

**Hangouts**

● DDanielG          +

Service For:                                             Invoice Number:   56869.2
▇▇▇▇▇▇▇▇▇▇▇                                 **Date:**          24 September 2020
                                                             **Amount:**        4,000.00 EUR

---

**Details of Payment**

**pmnt invoice 56869.2 dated 24.09.2020**

Enter the following bank details accurately prior to making a transfer. Failure to provide the correct bank accou
a rejection of the transaction by the receiving bank or a processing delay, as the bank will not be able to identify

---

**Beneficiary Account Name:** BOONRUK RUAMKIT CO., LTD.
**Beneficiary Address:** 131/5 MONTRI ROAD, TUMBON TAI CHANG, MUENG PHANG-NGA, PHANG NGA, THA
**Account Number:** ▇▇▇▇▇▇▇▇

**Beneficiary Bank:** KASIKORN SUKHUMVIT 21 (SERM MIT TOWER)
**SWIFT:** KASITHBK
**Beneficiary Bank Address:** 159 Asok Montri Road, Khwaeng Khlong Toei Nuea, Khet Vadhana, Bangkok 101

**Amount:** 4,000.00 EUR
**Payment Reference:** pmnt invoice ▇▇▇▇▇▇▇ dated 24.09.2020
(DO NOT enter any other details)

Reply          Forward



ธนาคารกสิกรไทย

开泰银行 **KASIKORNBANK**

**CREDIT ADVICE / RECEIPT**

KASIKORNBANK PUBLIC COMPANY LIMITED
INTERNATIONAL TRADE AND FACTORING PROCESSING DEPARTMENT
1 SOI RATBURANA·27/1,
RATBURANA ROAD,
BANGKOK 10140, THAILAND.

TAX ID:                    0107536000315

RECEIPT NUMBER:      IR2066855630092020085418
TRANSACTION REF:     IR20668556                                    DATE:30-Sep-20
MESSERS                 BOONRUK RUAMKIT CO.,LTD.
                        131/5 MONTRI RD.,
                        TAI CHANG, MUENG,
                        PHANG-NGA 82000, THAILAND.

WE CONFIRM HAVING CREDITED YOUR ACCOUNT TODAY AS PER FOLLOWING DETAILS
A/C NO                    6119208651

SENDER REF              ASW41114/290920
SENDER BANK             RAIFFEISEN BANK INTERNATIONAL AG
                        AM STADTPARK 9  VIENNA 1030
                        AUSTRIA
ORDERING INSTITUTION    HELLENIC BANK PUBLIC COMPANY LTD.
                        HEAD OFFICE CORNER LIMASSOL AVE.
                        AND 200 ATHALASSAS AVE. 2025
                        NICOSIA (LEFKOSIA) CYPRUS
                        HEBACY2N
ORDERING CUSTOMER       ⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛DANIEL
                        16  ERESSOU FLAT 301
                        1070    NICOSIA
                        CYPRUS
ACCOUNT WITH BANK       KASIKORNBANK PUBLIC COMPANY LIMITED
                        27/1 RATBURANA RD. 1 SOI RATBURANA
                        BANGKOK 10140 THAILAND
DETAILS OF PAYMENT      PMNT INVOICE ⬛⬛⬛⬛⬛ DATED 24.09.202⬛
                        0 SERVICE
PAID BY                 TT
CREDIT AMOUNT           EUR4,000.00

| DESCRIPTION | CCY | AMOUNT | RATE | FX REF.NO | CCY | AMOUNT |
|---|---|---|---|---|---|---|
| *Principal Amount* | | | | | EUR | 4,000.00 |
| **TOTAL AMOUNT** | | | | | **EUR** | **4,000.00** |

"FOREIGN BANK CHARGE & STAMP DUTY  ที่เป็นภาระของลูกค้าไม่ถือว่าเป็นรายได้ของธนาคาร"
MID RATE FOR CONVERSION TO THB OR REFUND TAX = 36.9956

KASIKORNBANK PUBLIC COMPANY LIMITED

THIS RECEIPT DOES NOT REQUIRE AN AUTHORIZED SIGNATURE
*** TOTAL FEE FROM 1,000 BAHT AFTER COUPON DEDUCTION (IF ANY) PER TRANSACTION CAN BE USED
FOR REFUNDING TAX 3%

# Revolut

## Transfer Confirmation

Date: 20 Sep 2021

| | |
|---|---|
| Value data | 17 Jun 2021 |
| Status | Completed |
| Type | SWIFT Transfer |

IBAN
BIC

## Transfer Confirmation

| | |
|---|---|
| Amount | €5,660 |
| Reference | Pmnt invoice 17.06.2021 |
| External reference | D9366647 NTRF |
| UETR Reference | |

## Beneficiary Details

| | |
|---|---|
| Name | IT OUTSOURCING |
| Address | 520/3 MU 3, BANG NON SUB DISTRICT TH/MUENG RANONG DISTRICT 85000 |
| Account number | |
| BIC | |



**ITOutsourcing Co.,Ltd.**

บริษัท ไอที เอ้าท์ซอร์สชิ่ง จำกัด



ธนาคารกสิกรไทย
开泰银行 KASIKORNBANK

## CREDIT ADVICE / RECEIPT

KASIKORNBANK PUBLIC COMPANY LIMITED
INTERNATIONAL TRADE AND FACTORING PROCESSING DEPARTMENT
1 SOI RATBURANA 27/1,
RATBURANA ROAD,
BANGKOK 10140, THAILAND.

TAX ID:                     0107536000315

RECEIPT NUMBER:     IR2141996021062021091924
TRANSACTION REF:    IR21419960                          DATE:21-Jun-21
MESSERS                 IT OUTSOURCING CO.,LTD.
                            520/3 MOO 3,
                            BANG NON, MUENG,
                            RANONG 85000, THAILAND.

WE CONFIRM HAVING CREDITED YOUR ACCOUNT TODAY AS PER FOLLOWING DETAILS
A C NO                   6119208767

SENDER REF             03MT210617913556
SENDER BANK          DEUTSCHE BANK AG
                            TAUNUSANLAGE 12  60262 FRANKFURT AM
                            MAIN GERMANY
ORDERING INSTITUTION  REVOLUT LTD
                            THE COLUMBUS BUILDING FLOOR 4 7
                            WESTFERRY CIRCUS LONDON E14 4HD
                            UNITED KINGDOM
                            REVOGB21
ORDERING CUSTOMER    DIVYA CHIKKAVEERAIAH
                            2/5 COPPERFIELD CLOSE
                            3/GB/WOLVERHAMPTON WV3 9EE
ACCOUNT WITH BANK
DETAILS OF PAYMENT     PMNT INVOICE 95686.4 DATED
                            17.06.2021 SERVICE
PAID BY                   TT
CREDIT AMOUNT         EUR5,645.00

| DESCRIPTION | CCY | AMOUNT | RATE | FX REF.NO | CCY | AMOUNT |
|-------------|-----|--------|------|-----------|-----|--------|
| Principal Amount |  |  |  |  | EUR | 5,645.00 |
| **TOTAL AMOUNT** |  |  |  |  | **EUR** | **5,645.00** |

"FOREIGN BANK CHARGE & STAMP DUTY ที่เป็นภาระของลูกค้าไม่ถือว่าเป็นรายได้ของธนาคาร"

MID RATE FOR CONVERSION TO THB OR REFUND TAX = 37.463

KASIKORNBANK PUBLIC COMPANY LIMITED

THIS RECEIPT DOES NOT REQUIRE AN AUTHORIZED SIGNATURE
*** TOTAL FEE FROM 1.000 BAHT AFTER COUPON DEDUCTION (IF ANY) PER TRANSACTION CAN BE USED
FOR REFUNDING TAX 3%



ITOutsourcing Co.,Ltd.
บริษัท ไอที เอ้าท์ซอร์สซิ่ง จำกัด

Case 1:21-cv-23472-XXXX   Document 1-2   Entered on FLSD Docket 09/29/2021   Page 26 of 70

## Wire Transfers FROM RoFx

| | activity type credit | 1,985.00 |

Hideadditional information
for activity type credit
1,985.00WIRE TYPE:INTL
IN DATE:210804
TIME:0508 ET
TRN:████████████ ..

**Type:**

Credit

**Description:**

WIRE TYPE:INTL IN DATE:210804 TIME:0508 ET
TRN:████████████SEQ:OR21321327/135918
ORIG:IT OUTSOURCING CO.,LTD. ID:XXXXX08759
PMT DET: $15.00 FEE DEDUCTINV.NO.IT202108005

**Merchant name:** ?

IT OUTSOURCING CO.,LTD.Select toEditthe merchant
name

**Merchant information:**

**Transaction category:** ?

Income: Other Income Select toEdit





ธนาคารกสิกรไทย
开 泰 银 行 KASIKORNBANK

**RECEIPT**

KASIKORNBANK PUBLIC COMPANY LIMITED
INTERNATIONAL TRADE AND FACTORING PROCESSING DEPARTMENT
400/22 PHAHONYOTHIN ROAD,
SAMSENNAI, PHAYATHAI,
BANGKOK 10400, THAILAND.

TAX ID:      0107536000315

DATE:04-Aug-21

RECEIPT NUMBER:         OR21321327040820210091529
TRANSACTION REF:        OR21321327
MESSRS:                 IT OUTSOURCING CO.,LTD.
                        520/3 MOO 3,
                        BANG NON, MUENG,
                        RANONG 85000, THAILAND.
REMIT PROCEEDS TO:      BANK OF AMERICA, N.A.
FOR SETTLEMENT OF:      000085000631
                        DEAN M HODGEN OR LORI HODGEN
TT AMOUNT:              USD 2,000.00
DETAIL OF PAYMENT:      INV.NO.IT202108005
  WE HAVE RECEIVED PAYMENT BY DEBIT ACCOUNT
A/C NO.:                6119208759
A/C NAME:               IT OUTSOURCING CO.,LTD.
PURPOSE:

**DETAILS AS FOLLOWS:**

| DESCRIPTION | CCY | AMOUNT | RATE | FX REF. NO. | CCY | AMOUNT |
|---|---|---|---|---|---|---|
| Principal Amount | | | | | USD | 2,000.00 |
| COMM FOR FCD (USD IN USD)*** | | | | | USD | 50.00 |
| REMITTANCE & AMEND COMM. USD*** | | | | | USD | 5.00 |
| SWIFT CHARGES IN USD*** | | | | | USD | 20.00 |
| **TOTAL AMOUNT** | | | | | **USD** | **2,075.00** |

" FOREIGN BANK CHARGE & STAMP DUTY ที่เป็นภาระของลูกค้าไม่ถือว่าเป็นรายได้ของธนาคาร"

MID RATE FOR CONVERSION TO THB OR REFUND TAX = 33.0192

**KASIKORNBANK PUBLIC COMPANY LIMITED**

**THIS RECEIPT DOES NOT REQUIRE AN AUTHORIZED SIGNATURE.**

*** TOTAL FEE FROM 1,000 BAHT AFTER COUPON DEDUCTION (IF ANY) PER TRANSACTION CAN BE USED
FOR REFUNDING TAX 3%

ITOutsourcing Co.,Ltd.
บริษัท ไอที เอ้าท์ซอร์สซิ่ง จำกัด

FEE CALCULATION IN DETAIL:
COMM FOR FCD (USD IN USD)*** - Fee Type = [Percentage]
0.25% on 2000
Minimum Charge applied: [50 USD]

/11/2021Hideadditional information for activity type credit 4,900.00WIRE TYPE:INTL IN   activity type 4,900.00
DATE:210811 TIME:0648 ET TRN: ███████████   credit

**Type:**
Credit
**Description:**
WIRE TYPE:INTL IN DATE:210811 TIME:0648 ET TRN: ████████████
SEQ:OR21331924/203046 ORIG:BOONRUK RUAMKIT CO.,LTD. ID:XXXXX08574 PMT
DET.INV.NO. 202108013
**Merchant name:** ,
BOONRUK RUAMKIT CO.,LTD.Select toEditthe merchant name
**Merchant information:**
**Transaction category:** ,
Income: Other Income Select toEdit


/20/2021Hideadditional information for activity type credit 2,385.00WIRE TYPE:INTL IN   activity type 2,385.00
DATE:210820 TIME:0608 ET TRN: █████████ ...   credit

**Type:**
Credit
**Description:**
WIRE TYPE:INTL IN DATE:210820 TIME:0608 ET TRN: █████████████
SEQ:OR21344870/273988 ORIG:IT OUTSOURCING CO.,LTD. ID:XXXXX08759 PMT DET: $15.00
FEE DEDUCTINV.NO : IT202108037
**Merchant name:** ,
IT OUTSOURCING CO.,LTD.Select toEditthe merchant name
**Merchant information:**
**Transaction category:** ,
Income: Other Income Select toEdit



开泰银行 **KASIKORNBANK**

## RECEIPT

KASIKORNBANK PUBLIC COMPANY LIMITED
INTERNATIONAL TRADE AND FACTORING PROCESSING DEPARTMENT
400/22 PHAHONYOTHIN ROAD,
SAM SENNAI, PHAYATHAI,
BANGKOK 10400, THAILAND.

TAX ID:     0107536000315

DATE: 11-Aug-21

RECEIPT NUMBER:          OR2133192411082021153002
TRANSACTION REF:         OR21331924
MESSRS:                  BOONRUK RUAMKIT CO.,LTD.
                         131/5 MONTRI RD.,
                         TAI CHANG, MUENG,
                         PHANG-NGA 82000, THAILAND.
REMIT PROCEEDS TO:       BANK OF AMERICA, N.A.
FOR SETTLEMENT OF:       000085000631
                         DEAN M HODGEN OR LORI HODGEN
TT AMOUNT:               USD 4,900.00
DETAIL OF PAYMENT:       INV.NO. 202108013
    WE HAVE RECEIVED PAYMENT BY DEBIT ACCOUNT
A/C NO.:                 3329208574
A/C NAME:                BOONRUK RUAMKIT CO.,LTD.
PURPOSE:

### DETAILS AS FOLLOWS:

| DESCRIPTION | CCY | AMOUNT | RATE | FX REF. NO. | CCY | AMOUNT |
|---|---|---|---|---|---|---|
| Principal Amount | | | | | USD | 4,900.00 |
| REMITTANCE & AMEND COMM. USD*** | | | | | USD | 5.00 |
| SWIFT CHARGES IN USD*** | | | | | USD | 20.00 |
| COMM FOR FCD (USD IN USD)*** | | | | | USD | 50.00 |
| FBC PAY IN FULL TXN=USD, FEE=USD*** | | | | | USD | 40.00 |
| **TOTAL AMOUNT** | | | | | **USD** | **5,015.00** |

¶FOREIGN BANK CHARGE & STAMP DUTY ที่เป็นภาระของลูกค้าไม่ถือว่าเป็นรายได้ของธนาคาร "

MID RATE FOR CONVERSION TO THB OR REFUND TAX = 33.4688

**KASIKORNBANK PUBLIC COMPANY LIMITED**

**THIS RECEIPT DOES NOT REQUIRE AN AUTHORIZED SIGNATURE.**

*** TOTAL FEE FROM 1,000 BAHT AFTER COUPON DEDUCTION (IF ANY) PER TRANSACTION CAN BE USED FOR REFUNDING TAX 3%

---

**FEE CALCULATION IN DETAIL:**
COMM FOR FCD (USD IN USD)*** - Fee Type = [Percentage]
0.25% on 4900
Minimum Charge applied: [50 USD]





ธนาคารกสิกรไทย
开市银行 KASIKORNBANK

---

**RECEIPT**

---

KASIKORNBANK PUBLIC COMPANY LIMITED
INTERNATIONAL TRADE AND FACTORING PROCESSING DEPARTMENT
400/22 PHAHONYOTHIN ROAD,
SAMSENNAI, PHAYATHAI,
BANGKOK 10400, THAILAND.

TAX ID:     0107536000315

DATE:20-Aug-21

| | |
|---|---|
| RECEIPT NUMBER: | OR2134487020082021161058 |
| TRANSACTION REF: | OR21344870 |
| MESSRS: | IT OUTSOURCING CO.,LTD. |
| | 520/3 MOO 3, |
| | BANG NON, MUENG, |
| | RANONG 85000, THAILAND. |
| REMIT PROCEEDS TO: | BANK OF AMERICA, N.A. |
| FOR SETTLEMENT OF: | 000085000631 |
| | DEAN M HODGEN OR LORI HODGEN |
| TT AMOUNT: | USD 2,400.00 |
| DETAIL OF PAYMENT: | INV.NO : IT202108037 |
| WE HAVE RECEIVED PAYMENT BY DEBIT ACCOUNT | |
| A/C NO.: | 6119208759 |
| A/C NAME: | IT OUTSOURCING CO.,LTD. |
| PURPOSE: | |

**DETAILS AS FOLLOWS:**

| DESCRIPTION | CCY | AMOUNT | RATE | FX REF. NO. | CCY | AMOUNT |
|---|---|---|---|---|---|---|
| Principal Amount | | | | | USD | 2,400.00 |
| SWIFT CHARGES IN USD*** | | | | | USD | 20.00 |
| COMM FOR FCD (USD IN USD)*** | | | | | USD | 50.00 |
| REMITTANCE & AMEND COMM. USD*** | | | | | USD | 5.00 |
| TOTAL AMOUNT | | | | | USD | 2,475.00 |

* FOREIGN BANK CHARGE & STAMP DUTY ที่เป็นภาระของลูกค้าไม่ถือว่าเป็นรายได้ของธนาคาร *

MID RATE FOR CONVERSION TO THB OR REFUND TAX = 33.3986

**KASIKORNBANK PUBLIC COMPANY LIMITED**

**THIS RECEIPT DOES NOT REQUIRE AN AUTHORIZED SIGNATURE.**

*** TOTAL FEE FROM 1,000 BAHT AFTER COUPON DEDUCTION (IF ANY) PER TRANSACTION CAN BE USED FOR REFUNDING TAX 3%

**ITOutsourcing Co.,Ltd.**
บริษัท ไอที เอ้าท์ซอร์สซิ่ง จำกัด

---

FEE CALCULATION IN DETAIL:
COMM FOR FCD (USD IN USD)*** - Fee Type = [Percentage]
0.25% on 2400
Minimum Charge applied: [50 USD]

/02/2021Hideadditional information for activity type credit 4,885.00WIRE TYPE:INTL IN  activity type 4,885.00
DATE:210902 TIME:0510 ET TRN: ███████████       .      credit

**Type:**
    Credit
**Description:**
    WIRE TYPE:INTL IN DATE:210902 TIME:0510 ET TRN:████████████
    SEQ:OR21364447/381569 ORIG:IT OUTSOURCING CO.,LTD. ID:XXXXX08759 PMT DET: $15.00
    FEE DEDUCTINV.NO : IT202109002
**Merchant name: ?**
    IT OUTSOURCING CO.,LTD.Select toEditthe merchant name
**Merchant information:**
**Transaction category: ?**
    Income: Other Income Select toEdit





ธนาคารกสิกรไทย
开泰银行 KASIKORNBANK

## RECEIPT

KASIKORNBANK PUBLIC COMPANY LIMITED
INTERNATIONAL TRADE AND FACTORING PROCESSING DEPARTMENT
400/22 PHAHONYOTHIN ROAD,
SAMSENNAI, PHAYATHAI,
BANGKOK 10400, THAILAND.

TAX ID:    0107536000315

DATE:02-Sep-21

RECEIPT NUMBER:          OR2136444702092021132041
TRANSACTION REF:         OR21364447
MESSRS:                  IT OUTSOURCING CO.,LTD.
                         520/3 MOO 3,
                         BANG NON, MUENG,
                         RANONG 85000, THAILAND.
REMIT PROCEEDS TO:       BANK OF AMERICA, N.A.
FOR SETTLEMENT OF:       000085000631
                         DEAN M HODGEN OR LORI HODGEN
TT AMOUNT:               USD 4,900.00
DETAIL OF PAYMENT:       INV.NO : IT202109002
    WE HAVE RECEIVED PAYMENT BY DEBIT ACCOUNT
A/C NO.:                 6119208759
A/C NAME:                IT OUTSOURCING CO.,LTD.
PURPOSE:

### DETAILS AS FOLLOWS:

| DESCRIPTION | CCY | AMOUNT | RATE | FX REF. NO. | CCY | AMOUNT |
|---|---|---|---|---|---|---|
| Principal Amount | | | | | USD | 4,900.00 |
| SWIFT CHARGES IN USD*** | | | | | USD | 20.00 |
| COMM FOR FCD (USD IN USD)*** | | | | | USD | 50.00 |
| REMITTANCE & AMEND COMM. USD*** | | | | | USD | 5.00 |
| TOTAL AMOUNT | | | | | USD | 4,975.00 |

" FOREIGN BANK CHARGE & STAMP DUTY ที่เป็นภาระของลูกค้าไม่ถือว่าเป็นรายได้ของธนาคาร "

MID RATE FOR CONVERSION TO THB OR REFUND TAX = 32.3523

### KASIKORNBANK PUBLIC COMPANY LIMITED

### THIS RECEIPT DOES NOT REQUIRE AN AUTHORIZED SIGNATURE.

*** TOTAL FEE FROM 1,000 BAHT AFTER COUPON DEDUCTION (IF ANY) PER TRANSACTION CAN BE USED FOR REFUNDING TAX 3%

**ITOutsourcing Co.,Ltd.**
บริษัท ไอที เอ้าท์ซอร์สซิ่ง จำกัด

FEE CALCULATION IN DETAIL:
COMM FOR FCD (USD IN USD)*** - Fee Type = [Percentage]
0.25% on 4900
Minimum Charge applied: [50 USD]

## FedEx Express

**Expanded Service International Air Waybill**

For FedEx services worldwide.
Not all services and options are available to all destinations.

**1 From**

Date 11/03/21

Sender's FedEx Account Number

Sender's Name: Miss Natipamol Kunara   Phone +66 82 5432089

Company: Benovok Reamkit Co., Ltd.

Address: 131/6 Montri Rd., tar Chang

City: Mueng Phang nga   State/Province: Phang nga   ZIP/Postal Code: 8200

Country: Thailand

Email Address: Benovokreamkit@hotmail.com

Internal Billing Reference

**2 To**

Recipient's Name: Angela E. Noble   Phone (305) 523-5100   2D ☐ Residential Delivery

Company: Southern Crist Florida

Address: Willie D. Ferguson Jr. US Courthouse

Address: 400 North Miami Avenue

City: Miami   State/Province: Florida   ZIP/Postal Code: 3-128

Country: USA

Email Address

Recipient's Tax ID Number for Customs Purposes

---

FedEx Tracking Number: 8935 2359 4600

**4a Express Package Service**
NOTE: Service order may change. Please select carefully.

01 ☑ FedEx Int'l. Priority   03 ☐ FedEx Int'l. Economy

01 ☐ FedEx Int'l. First

**4b Express Freight Service**

06 ☐ FedEx Int'l. Priority Freight   05 ☐ FedEx Int'l. Economy Freight

**5 Packaging**

06 ☐ FedEx Envelope   02 ☐ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube

15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6a Special Handling and Delivery Signature Options**

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

10 ☐ Direct Signature   34 ☐ Indirect Signature

No 04 ☐   Yes 08 ☐   Yes 09 ☐

05 ☐ Dry Ice   CA ☐ Cargo Aircraft Only

**6b Broker Selection**

40 ☐ Int'l. Broker Select

**Origin Copy**

0425   Form ID No.

PACKAGE LABEL   COMMERCIAL INVOICE LABEL   DELIVERY RECORD LABEL