United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ryan Birmingham and others, Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 21-23472-Civ-Scola ) ) |
| ROFX.NET and others, Defendants. | ) |

### Order of Partial Dismissal

Plaintiffs RYAN BIRMINGHAM, et al., and Defendant IGORIA TRADE SPÓŁKA AKCYJNA have stipulated to dismiss all claims against IGORIA TRADE SPÓŁKA AKCYJNA consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without prejudice and with each party to bear their own attorneys' fees and costs. **(ECF No. 62.)** The Court directs the **Clerk** to vacate all currently set dates and deadlines for Defendant IGORIA TRADE SPÓŁKA AKCYJNA. The Court directs the **Clerk** to terminate this Defendant from this action. This case shall **remain open**.

**Done and ordered** at Miami, Florida on February 15, 2022.

_____
Robert N. Scola, Jr.
United States District Judge