UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23472-RNS

Ryan Birmingham, Roman Leonov, Steven Hansen,
Mitchell Parent, and Jonathan Zarley, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

Alex Doe, *et al.*,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

    Plaintiffs Ryan Birmingham, Roman Leonov, Steven Hansen, Mitchell Parent, and Jonathan Zarley, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, file this notice of voluntary dismissal without prejudice of all claims asserted against Defendant Aware Choice Ltd.

Dated: May 27, 2022.                                    Respectfully submitted,

                                                                           /s/ *Dennis A. González*

                                                              **Dennis A. González** (Fla. Bar. No. 1032050)
Dennis.gonzalez@hklaw.com
Jose A. Casal (Fla. Bar No. 767522)
Jose.Casal@hklaw.com
Andrew W. Balthazor (Fla. Bar No. 1019544)
Andrew.Balthazor@hklaw.com
Sydney B. Alexander (Fla. Bar. No. 1019569)
Sydney.Alexander@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500

Warren E. Gluck (N.Y. Bar No. 4701421)
Warren.Gluck@hklaw.com
Matthew R. DiBlasi (N.Y. Bar No. 4237475)
Matthew.DiBlasi@hklaw.com
Ruarri M. Rogan (N.Y. Bar No. 5800107)

Ruarri.Rogan@hklaw.com
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about May 27, 2022, a true and accurate copy of Plaintiffs' Notice of Voluntary Dismissal was served on counsel of record via the CM/ECF system. The undersigned further certifies that a copy of the foregoing document was served upon Defendants at the email addresses listed below:

| **Borys Konovalenko** <br> borys.konovalenko@gmail.com | **Boonruk Ruamkit Co., Ltd.** <br> nattpemol@hotmail.com; and <br> borisovevgeny@mail.ru |
|---|---|
| **IT Outsourcing Co., Ltd.** <br> nattpemol@hotmail.com; and <br> borisovevgeny@mail.ru | **Papahratsorn Raviratporn** <br> nattpemol@hotmail.com; and <br> borisovevgeny@mail.ru |

Respectfully submitted,

/s/ *Dennis A. González*
**Dennis A. González**
Florida Bar No. 1032050
Dennis.gonzalez@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500
*Attorney for Plaintiffs*