United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ryan Birmingham and others, Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 21-23472-Civ-Scola ) ) |
| ROFX.net and others, Defendants. | ) |

### Order of Dismissal

The Plaintiff has dismissed this case without prejudice as to Defendant Aware Choice Ltd, consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 143.) The Court directs the Clerk to **terminate** Defendant Aware Choice Ltd. from this case.

**Done and ordered** at Miami, Florida on May 27, 2022.

_____
Robert N. Scola, Jr.
United States District Judge