UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23472-RNS

Ryan Birmingham, Roman Leonov, Steven Hansen,
Mitchell Parent, and Jonathan Zarley, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

Alex Doe, *et al.*,

    Defendants.

_____ /

**ANDREW W. BALTHAZOR'S
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rules 7.1(a)(1)–(2) and 11.1(d)(3), Andrew W. Balthazor respectfully moves this Court for leave to withdraw as counsel for Plaintiffs in the captioned action. Mr. Balthazor states the following in support:

    1.    Mr. Balthazor's last day at the law firm of Holland & Knight LLP will be August 26, 2022, and accordingly he seeks to withdraw from this case.

    2.    Existing counsel of record at Holland & Knight LLP will continue to represent Plaintiffs in this action, and thus Mr. Balthazor's withdrawal from this case will not prejudice any party or otherwise delay this proceeding.

    3.    Mr. Balthazor served Plaintiffs and opposing counsel notice of his intent to withdraw his appearance in this action. No party objected to Mr. Balthazor's withdrawal.

    WHEREFORE, Mr. Balthazor respectfully requests the Court grant this motion allowing him to withdraw as counsel of record for Plaintiffs and directing the Clerk to remove Mr. Balthazor's name from the CM/ECF electronic service list for all pleadings in this matter.

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies he conferred with opposing counsel and pro se defendants regarding the relief requested herein. No party opposes the requested relief.

Dated: August 24, 2022.                                Respectfully submitted,

/s/ *Andrew W. Balthazor*
Andrew W. Balthazor (Fla. Bar No. 1019544)
Andrew.Balthazor@hklaw.com

Dennis A. González (Fla. Bar. No. 1032050)
Dennis.gonzalez@hklaw.com
Jose A. Casal (Fla. Bar No. 767522)
Jose.Casal@hklaw.com
Sydney B. Alexander (Fla. Bar No. 1019569)
Sydney.Alexander@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500

Warren E. Gluck (N.Y. Bar No. 4701421)
Warren.Gluck@hklaw.com
Matthew R. DiBlasi (N.Y. Bar No. 4237475)
Matthew.DiBlasi@hklaw.com
Ruarri M. Rogan (N.Y. Bar No. 5800107)
Ruarri.Rogan@hklaw.com
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019

***Counsel for Plaintiffs***