UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Ryan Birmingham, Roman Leonov, Steven Hansen,
Mitchell Parent, and Jonathan Zarley, individually and
on behalf of all others similarly situated,

                                                                           Case No. 21-CV-23472-RNS

Plaintiffs,

v.

Alex Doe, *et al.*,

Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL OF
## DEFENDANTS BOONRUK RUAMKIT CO. LTD., IT OUTSOURCING CO. LTD., NATTPEMOL KRINARA, AND PAPAHRATSORN RAVIRATPORN

Ryan Birmingham, Roman Leonov, Steven Hansen, Mitchell Parent, and Jonathan Zarley (collectively "Plaintiffs"), and Boonruk Ruamkit Co. Ltd., IT Outsourcing Co. Ltd., Nattpemol Krinara, and Papahratsorn Raviratporn's (collectively, "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims against the Defendants **with prejudice**. Each party shall bear their own costs, expenses, and attorneys' fees.

*[Signatures on the Following Page]*

Dated: September 19, 2022

Respectfully Submitted,

By:/s/ *Dennis A. González*

**Dennis A. González** (Fla. Bar No. 1032050)
Dennis.gonzalez@hklaw.com
Jose A. Casal (Fla. Bar No. 767522)
Jose.Casal@hklaw.com
Sydney B. Alexander (Fla. Bar. No. 1019569)
Sydney.Alexander@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500

Warren E. Gluck (N.Y. Bar No. 4701421)
Warren.Gluck@hklaw.com
Matthew R. DiBlasi (N.Y. Bar No. 4237475)
Matthew.DiBlasi@hklaw.com
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
*Attorneys for Plaintiffs*

By: /s/ *Nattpemol Krinara*
Nattpemol Krinara
131/5 Montri Rd.
Tai Chang, Mueng,
Phang-NGA, 82000, Thailand

By: /s/ *Papahratsorn Raviratporn*
Papahratsorn Raviratporn
131/5 Montri Rd.
Tai Chang, Mueng,
Phang-NGA, 82000, Thailand

By: /s/ *Nattpemol Krinara*
Nattpemol Krinara
On behalf of Boonruk Ruamkit Co. Ltd.
131/5 Montri Rd.
Tai Chang, Mueng,
Phang-NGA, 82000, Thailand

By: /s/ *Nattpemol Krinara*
Nattpemol Krinara
On behalf of IT Outsourcing Co. Ltd.
Bang Non Sub District
Mueng Ramong District,
Ramong, 85000, Thailand

*Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about September 19, 2022 a true and accurate copy of Plaintiffs' Notice of Voluntary Dismissal was served on counsel of record via the CM/ECF system. The undersigned further certifies that a copy of the foregoing document was served upon Defendants at the email addresses listed below:

| | |
|---|---|
| **Art Sea Group Ltd.**<br>Via publication on Plaintiffs' website | **Auro Advantages, LLC**<br>Via publication on Plaintiffs' website |
| **Easy Com, LLC**<br>c/o Registered Agent<br>159 Main Street, Unit 100,<br>Nashua, NH 03060 | **Marina Garda**<br>Via publication on Plaintiffs' website |
| **Boonruk Ruamkit Co., Ltd.**<br>c/o Nattpemol Krinara & Evgenii Borisov<br>Via email to nattpemol@hotmail.com and borisovevgeny@mail.ru | **IT Outsourcing Co., Ltd.**<br>c/o Nattpemol Krinara & Evgenii Borisov<br>Via email to nattpemol@hotmail.com and borisovevgeny@mail.ru |
| **Global E-Advantages LLC**<br>c/o Registered Agent<br>North West Registered Agent LLC<br>8 The Green, Suite B,<br>Dover, DE 19901 | **Grovee, LLC**<br>c/o Registered Agent<br>Delaware Business Incorporators<br>3422 Old Capitol Trail, Suite 700<br>Wilmington, DE 19808 |
| **Ivan Hrechaniuk**<br>Via publication on Plaintiffs' website | **Borys Konovalenko**<br>Via email to borys.konovalenko@gmail.com |
| **Mayon Solutions Ltd**<br>Via email to info@mayon.solutions and sales@mayon.solutions | **Mayon Solutions, LLC**<br>(1) c/o Registered Agents, Inc.<br>159 Main Street, Unit 100, Nashua, NH 03060; and<br><br>(2) Via courtesy email to Mayon.llc@gmail.com |
| **Notus, LLC**<br>c/o Registered Agent<br>Colorado Registered Agent LLC<br>1942 Broadway Street, Suite 314C,<br>Boulder, CO 80302 | **Profit Media Group LP**<br>4 Queen Street, Suite 1,<br>Edinburgh, GB, EH21JE |
| **Papahratsorn Raviratporn**<br>c/o Nattpemol Krinara & Evgenii Borisov<br>Via email to nattpemol@hotmail.com and borisovevgeny@mail.ru | **Shopostar, LLC**<br>c/o Registered Agent<br>Colorado Registered Agent LLC<br>1942 Broadway Street, Suite 314C,<br>Boulder, CO 80302 |
| **Olga Tielly** | **Trans-Konsalt MR Ltd.** |

| 3rd Floor 207 Regent Street, London, United Kingdom W1B3HH | Via publication on Plaintiffs' website |

Respectfully submitted,

/s/ *Dennis A. González*
**Dennis A. González**
Florida Bar No. 1032050
Dennis.gonzalez@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500

*Attorney for Plaintiffs*