United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ryan Birmingham and others,<br>Plaintiffs,<br><br>v.<br><br>ROFX.net and others, Defendants. | Civil Action No. 21-23472-Civ-Scola |

### Order of Dismissal

The Plaintiffs and Defendants Boonruk Ruamkit Co. Ltd, IT Outsourcing Co. Ltd., Nattpemol Krinara, and Papahratsorn Raviratporn have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 218.) The Court directs the Clerk to **terminate these Defendants** and their counsel. All pending motions filed by such Defendants, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on September 19, 2022.

Robert N. Scola, Jr.
United States District Judge