United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ryan Birmingham and others, Plaintiffs, | ) )<br>) |
| v. | ) Civil Action No. 21-23472-Civ-Scola<br>) ) |
| ROFX.net and others, Defendants. | ) |

### Partial Order of Dismissal Without Prejudice and Notice to All Parties Concerning Upcoming Deadline

The Plaintiffs have failed to timely serve Defendants Vsevolod Tovstun, Daria Eckert, Anna Shymko, Anton Bilous, Nataliya Los, and Jase Victor Davis in this case. The Plaintiffs originally filed this action on September 29, 2021 and later filed their amended complaint on February 14, 2022.

The Court approved of alternative service methods and granted the Plaintiffs several months to perfect service. (*See* ECF No. 133.) Further, the Court previously notified the Plaintiffs, in keeping with Federal Rule of Civil Procedure 4(m), that it would dismiss this case without prejudice as to any unserved Defendants. (*See* ECF No. 217.)

Consequently, the Court **dismisses** this action without prejudice as to Defendants Vsevolod Tovstun, Daria Eckert, Anna Shymko, Anton Bilous, Nataliya Los, and Jase Victor Davis, whom have yet to be served. The Court directs the Clerk of the Court to **terminate** those Defendants.

The Court **reminds** all parties that they are to submit a Joint Scheduling Report no later than **October 5, 2022** per the Court's Order of May 12, 2022. (ECF No. 133.) That Joint Scheduling Report should conform to the instructions in the Court's Order Requiring a Scheduling Conference. (ECF No. 8.)

**Done and ordered** in Miami, Florida, on September 22, 2022.

_____
Robert N. Scola, Jr.
United States District Judge