United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ryan Birmingham and others, Plaintiffs, <br><br> v. <br><br> ROFX.net and others, Defendants. | ) ) ) ) Civil Action No. 21-23472-Civ-Scola ) ) ) |

### Order Adopting the Magistrate Judge's Report and Recommendations and Order Entering Default Judgment Against Certain Defendants

Because no party has objected to Magistrate Judge Jonathan Goodman's well-reasoned report (**ECF No. 233**) and the time to do so has passed, the Court **adopts Judge Goodman's report in full**, after finding no plain error with it.

A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

Accordingly, the Plaintiffs' motions for default judgment (**ECF Nos. 180 and 189**) are **granted in part and denied in part** per the recommendations contained in Judge Goodman's report. (*See* ECF No. 233 at 65.)

The Court hereby **enters default judgment** the against Defendants Ester Holdings, Inc., Peter Mohylny and The Investing Online as to Count III (Common Law Fraud) of the Amended Complaint (ECF No. 64), and against Defendants Wealthy Developments LP, Notus, LLC, Global E-Advantages, LLC, Easy Com, LLC, ShopoStar, LLC, Grovee, LLC, Trans-Konsalt MR Ltd., Art Sea Group Ltd., VDD-Trading, Ltd., Brass Marker s.r.o., Profit Media Group LP, and Auro Advantages, LLC as to Count IX (Unjust Enrichment) of the Amended Complaint (ECF No. 64).

The Clerk shall close this case and deny any pending motions as moot.
**Done and ordered** in chambers, at Miami, Florida, on January 3, 2023.

_____
Robert N. Scola, Jr.
United States District Judge