United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ryan Birmingham and others, Plaintiffs, | ) ) ) ) Civil Action No. 21-23472-Civ-Scola |
| v. | ) ) |
| ROFX.net and others, Defendants. | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiffs Roman Leonov, Steven Hansen, Mitchell Parent, and Jonathan Zarley moved for final default judgment against five Defendants: Notus, LLC ("Notus"); Global E-Advantages, LLC ("Global E-Advantages"); Easy Com, LLC ("Easy Com"); ShopoStar, LLC ("ShopoStar"); and Grovee, LLC ("Grovee") (collectively the "Motion Defendants"). (ECF No. 244.) Plaintiffs seek damages from the Motion Defendants on their unjust enrichment claim. (*Id.*) The motion was referred to Magistrate Judge Jonathan Goodman for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. (ECF No. 245.)

On January 5, 2024, Judge Goodman issued a report, recommending that the Court grant in part and deny in part Plaintiffs' motion. (Rep. & Rec. 3, 10, ECF No. 248.) For Mr. Leonov, Judge Goodman recommends that Plaintiffs' motion should be granted in part and denied in part:

> Global E-Advantages should be ordered to pay Mr. Leonov $33,100.00; Easy Com should be ordered to pay Mr. Leonov $75,500.00; ShopoStar should be ordered to pay Mr. Leonov $59,000.00; and Grovee should be ordered to pay Mr. Leonov $16,500.00. Easy Com should not be required to pay Mr. Leonov the $18,000.00 because of his failure to provide sufficient support for his request in his declaration.

(*Id.* at 8.) For Mr. Parent, Judge Goodman recommends that Plaintiffs' Motion be denied without prejudice in its entirety. (*Id.* at 9.) For Mr. Zarley, Judge Goodman recommends that the Plaintiff's motion be granted in its entirety. (*Id.*) For Mr. Hansen, Judge Goodman recommends that Plaintiffs' motion be granted in its entirety. (*Id.* at 10.) No objections to the report and recommendations were filed. The Plaintiffs filed a motion to adopt the report and recommendations and for an entry of final judgment. (ECF No. 249.)

A district court judge must conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *See id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendations. (ECF No. 248.) The Court **grants in part and denies in part** Plaintiffs' motion for default judgment against the Motion Defendants (ECF No. 244) and **grants** Plaintiffs' motion to adopt the report and recommendations and for entry of final judgment. (ECF No. 249.)

Accordingly, the Court **enters judgment** in favor of the Plaintiffs and against the Motion Defendants as follows: the Motion Defendants are ordered to pay the sums listed: (1) ShopoStar: $500,000.00 to Mr. Hansen, $557,000.00 to Mr. Zarley, and $59,000.00 to Mr. Leonov; (2) Notus: $450,000.00 to Mr. Hansen and $1,165,000.00 to Mr. Zarley; (3) Grovee: $16,500.00 to Mr. Leonov; (4) Easy Com: $75,500.00 to Mr. Leonov; and (5) Global E-Advantages: $335,000.00 to Mr. Zarley and $33,100.00 to Mr. Leonov.

The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** in Miami, Florida, on March 7, 2024.

_____
Robert N. Scola, Jr.
United States District Judge