United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ryan Birmingham and others, Plaintiffs, <br><br> v. <br><br> ROFX.net and others, Defendants. | ) ) ) ) Civil Action No. 21-23472-Civ-Scola ) ) ) ) |

### Final Default Judgment

The Court has entered final default judgment in favor Plaintiffs Roman Leonov, Steven Hansen, Mitchell Parent, and Jonathan Zarley and against Defendants Notus, LLC ("Notus"); Global E-Advantages, LLC ("Global E-Advantages"); Easy Com, LLC ("Easy Com"); ShopoStar, LLC ("ShopoStar"); and Grovee, LLC ("Grovee"). The Plaintiffs moved for default judgment on the issue of damages for their unjust enrichment claim. (ECF No. 244.) The Court referred the motion to Magistrate Judge Jonathan Goodman, who recommended granting it in part and denying it in part. (ECF No. 248.) The Court adopted Judge Goodman's report and recommendations in full.

Therefore, the Court being otherwise fully advised, it is hereby **ordered** and **adjudged** that **final judgment** is entered in favor of Plaintiffs Roman Leonov, Steven Hansen, Mitchell Parent, and Jonathan Zarley and against Defendants Notus, Global E-Advantages, Easy Com, ShopoStar, and Grovee. The Court **orders** the Defendants to pay the following sums to the Plaintiffs:

(1) ShopoStar: $500,000.00 to Mr. Hansen, $557,000.00 to Mr. Zarley, and $59,000.00 to Mr. Leonov;
(2) Notus: $450,000.00 to Mr. Hansen and $1,165,000.00 to Mr. Zarley;
(3) Grovee: $16,500.00 to Mr. Leonov;
(4) Easy Com: $75,500.00 to Mr. Leonov; and
(5) Global E-Advantages: $335,000.00 to Mr. Zarley and $33,100.00 to Mr. Leonov.

**Done** and **ordered** in chambers, in Miami, Florida on March 8, 2023.

_____
Robert N. Scola, Jr.
United States District Judge